STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00303 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 21 U.S.C. § 860(a) |
| DOROTHY CHONG, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 13, 2000, within the District of Hawaii, DOROTHY CHONG, did knowingly and intentionally possess with intent to distribute and distribute 0.079 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about July 13, 2000, within the District of Hawaii, DOROTHY CHONG, did knowingly and intentionally possess with intent to distribute and distribute 0.178 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

DATED: July 19, 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Dorothy Chong,
"Indictment"